IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 22-CV-11540 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Motion to Proceed Under Pseudonym and for a Protective Order (the "*Motion*"). After due consideration, upon the review of the affidavit and Memorandum of Law in support thereof, and for good cause shown, the Motion is hereby **GRANTED**. Plaintiff may file materials containing the identities of Plaintiff John Doe and student witnesses under seal.

**IT IS SO ORDERED.**

Dated: _____   _____
UNITED STATES DISTRICT JUDGE

4891-3646-3410, v. 2