IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 1:22-cv-11540-NMG |
| | ) | |
| Plaintiff, | ) | JUDGE NATHANIEL M. GORTON |
| v. | ) | |
| | ) | MAGISTRATE JUDGE PAUL G. |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) | LEVENSON |
| | ) | |
| | ) | |
| Defendant. | ) | |

### (PROPOSED) ORDER

This matter comes before the Court on the Parties' Joint Stipulation and Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint and Motion to Proceed Under Pseudonym (the "***Motion***"). After due consideration, and for good cause shown, the Motion is hereby **GRANTED**. Defendant shall have up to and including **Tuesday, December 20, 2022,** to answer or otherwise respond to Plaintiff's Complaint. Defendant shall have up to and including **Tuesday, December 20, 2022**, to respond to Plaintiff's Motion to Proceed Under Pseudonym.

**IT IS SO ORDERED.**


Dated: _____          _____
                                                                JUDGE NATHANIEL M. GORTON

1

4857-1798-9940, v. 3