UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>             Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>             Defendant. | C.A. No. 1:22-cv-11540 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
<u>**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**</u>

Defendant Massachusetts Institute of Technology does not have a parent corporation, and no publicly held company owns 10% or more of its stock.

        Respectfully submitted,

        **MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**

        By its attorneys,

        /s/ Scott A. Roberts
        Scott A. Roberts (BBO #550732)
            *sroberts@hrwlawyers.com*
        Arielle B. Kristan (BBO #677048)
            *akristan@hrwlawyers.com*
        Hirsch Roberts Weinstein LLP
        24 Federal Street, 12th Floor
        Boston, MA  02110
        Phone: (617) 348-4300
        Fax: (617) 348-4343

Dated: December 7, 2022

## **CERTIFICATE OF SERVICE**

      I, Scott A. Roberts, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 7, 2022.

                                                /s/ Scott A. Roberts
                                                Scott A. Roberts (BBO #550732)