United States District Court
District of Massachusetts

| | |
|---|---|
| John Doe,                                    ) | |
|                                              ) | |
|    Plaintiff,                 ) | |
|                                              ) | |
|     v.                   ) | Civil Action No. |
|                                              ) | 22-11540-NMG |
| Massachusetts Institute of                   ) | |
| Technology,                                  ) | |
|                                              ) | |
|    Defendant.                 ) | |
|                                              ) | |

### ORDER

  Plaintiff's motion to continue under a pseudonym (Docket No. 32) is **ALLOWED**, in part, and **DENIED**, in part.

  Plaintiff may proceed pseudonymously during discovery, subject to the right of defendant, Massachusetts Institute of Technology, to use plaintiff's real name with third parties where necessary for discovery purposes, and with the further understanding that if this matter proceeds to trial, plaintiff will not be allowed to remain anonymous.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated:  May 10, 2023

- 1 -