UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 1:22-cv-11540 |
| | ) | |
| Plaintiff, | ) | JUDGE: NATHANIEL M. GORTON |
| v. | ) | |
| | ) | |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff John Doe and Defendant Massachusetts Institute of Technology (together, the "***Parties***") hereby jointly move this Court to amend the scheduling order entered on February 14, 2023.

The Parties make this request in good faith and not for purposes of delay. In support thereof, Plaintiff and Defendants state that this extension will permit the Plaintiff and Defendant to complete extensive paper discovery that is well underway. To date, Defendant has produced over 12,000 pages of documents, many of which have necessitated substantial redactions of personal information about students to comport with the requirements of the Family Educational Rights and Privacy Act ("FERPA"). Once written discovery is complete, the Parties intend to take key depositions before participating in mediation that is currently scheduled for November 14, 2023 (the Parties are not seeking to alter that date).  If the mediation is unsuccessful and the Parties must complete deposition discovery, the Parties may then need to retain and depose expert witnesses. The Parties aver the proposed, amended deadlines set forth herein will cause no prejudice to either Party.

For all of these reasons, the Parties respectfully request that the Court issue an Order amending the previously ordered deadlines as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Answer Written Discovery | July 31, 2023 | August 31, 2023 |
| Mediation | November 14, 2023 10:00 AM | November 14, 2023 10:00 AM |
| Complete Fact Discovery | October 31, 2023 | January 26, 2024 |
| Designate Experts and Exchange Rule 26 Reports | August 31, 2023 | February 23, 2024[1] |
| Rebuttal Experts and Reports | N/A | March 29, 2024 |
| Complete Expert Depositions | October 31, 2023 | April 26, 2024 |
| Dispositive Motions | November 30, 2023 | May 24, 2024 |
| Oppositions to Dispositive Motions | December 31, 2023 | June 21, 2024 |
| Replies (With Leave of Court) to Dispositive Motions | January 15, 2024 | July 12, 2024 |
| Trial | March 18, 2024 | October, 2024 |

---

[1] The Parties anticipate that Plaintiff will designate and provide any expert report on this date, and that Defendant will thereafter designate a rebuttal expert and provide a report on March 29, 2024.

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to D. Mass. Local Rule 7.1(a)(2), counsel for Plaintiff has conferred with Defendants' counsel. Plaintiff and Defendants jointly seek the relief requested in this motion.

*/s/ Susan C. Stone*

Susan C. Stone

Respectfully Submitted,

| | |
|---|---|
| */s/  Susan C. Stone* | */s/ Scott A. Roberts* |
| Susan C. Stone (*pro hac vice*) | Scott A. Roberts (BBO #550732) |
| Kristina W. Supler (*pro hac vice*) | Arielle B. Kristan (BBO #677048 |
| Kohrman Jackson & Krantz, LLP | HIRSCH ROBERTS WEINSTEIN LLP |
| 1375 E. 9th Street, 29th Floor | 24 Federal St., 12th Floor |
| Cleveland, OH 44114 | Boston, MA 02110 |
| P: (216) 696-8700 | P: (617) 348-4300 |
| F: (216) 621-6536 | F: (617) 348-4343 |
| E: scs@kjk.com; kws@kjk.com | E: sroberts@hrwlayers.com |
| | akristan@hrlawyers.com |
| Ruth O'Meara-Costello (BBO #667566) | *Counsel for Defendant* |
| LAW OFFICE OF RUTH O'MEARA-COSTELLO | |
| 875 Massachusetts Avenue Suite 31 | |
| Cambridge, Massachusetts 02139 | |
| P: (617) 658-4264 | |
| E: ruth@ruthcostellolaw.com | |
| | |
| *Counsel for Plaintiff John Doe* | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this August 24, 2023.

>/s/ Susan C. Stone
>SUSAN C. STONE (*pro hac vice*)