IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, ) | CASE NO. 1:22-cv-11540-NMG |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MASSACHUSETTS INSTITUTE OF ) | |
| TECHNOLOGY, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXCUSE LOCAL COUNSEL FROM PARTICIPATION IN ALTERNATIVE DISPUTE RESOLUTION HEARING

Plaintiff John Doe respectfully requests that this Honorable Court excuse his local counsel, Ruth O'Meara-Costello, from participation in the Alternative Dispute Resolution Hearing scheduled for November 15, 2023 before Magistrate Judge Bowler. As reason therefor, the Plaintiff states as follows.

1. This case is currently scheduled for an Alternative Dispute Resolution Hearing on November 15, 2023, to be held remotely. The Court's order of November 3, 2023 requires "trial counsel" to appear for the Alternative Dispute Resolution Hearing unless excused by the court via motion.

2. Plaintiff's attorneys from Kohrman Jackson & Krantz LLP, all admitted to this court *pro hac vice*, have taken the lead role in this case and are more familiar with its current status than local counsel.

3. Anna Bullock from Kohrman Jackson & Krantz LLP intends to appear at the scheduled Alternative Dispute Resolution Hearing on Plaintiff's behalf. Plaintiff will also attend the scheduled Hearing.

4. Ms. O'Meara-Costello has not been involved in settlement negotiations in this matter to date.

5. Plaintiff does not believe that Ms. O'Meara-Costello's participation in the Alternative Dispute Resolution Hearing is necessary or that her absence will make it more difficult to reach a resolution of his case.

Accordingly, Plaintiff respectfully requests that the Court excuse Ms. O'Meara-Costello from attendance at the Alternative Dispute Resolution Hearing.

Dated: November 14, 2023

Respectfully submitted,

*/s/* Ruth O'Meara-Costello
Ruth O'Meara-Costello (BBO #667566)
LAW OFFICE OF RUTH O'MEARA-COSTELLO
875 Massachusetts Ave. Suite 31
Cambridge, MA 02139
617-652-4264
ruth@ruthcostellolaw.com

Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock *(pro hac vice)*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com

*Counsel for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

I, Ruth O'Meara-Costello, hereby certify that on this 14th day of November, 2023, a true and correct copy of the foregoing was filed through the ECF System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/* Ruth O'Meara-Costello