IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>       Defendants. | CASE NO. 1:22-cv-11540-NMG<br><br>JUDGE NATHANIEL M. GORTON |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Plaintiff John Doe respectfully requests that this Honorable Court grant leave for his attorneys, Susan C. Stone, Kristina W. Supler, Anna E. Bullock, and Ruth O'Meara-Costello, to withdraw as counsel for the Plaintiff in this case. As reasons therefor, the Plaintiff states as follows.

1. Plaintiff's request for leave permitting the withdrawal of his counsel is based on Rule 1.16 of the Massachusetts Rules of Professional Conduct in that continued representation would cause an unreasonable financial burden on his attorneys.

2. Plaintiff has provided his informed consent to his counsels' requests to withdraw.

3. Plaintiff plans to continue in his own representation *pro-se* unless and until he can secure alternative counsel.

4. Plaintiff has been informed of all currently set deadlines in this case.

Accordingly, Plaintiff's counsels respectfully request that the Court permit the withdrawal of Susan C. Stone, Kristina W. Supler, Anna E. Bullock, and Ruth O'Meara-Costello as counsel for Plaintiff.

Dated: November 21, 2023                    Respectfully submitted,

<div style="margin-left:40%">

*/s/ Anna E. Bullock*
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock *(pro hac vice)*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com; aeb@kjk.com

Ruth O'Meara-Costello (BBO #667566)
LAW OFFICE OF RUTH O'MEARA-COSTELLO
875 Massachusetts Ave. Suite 31
Cambridge, MA 02139
617-652-4264
ruth@ruthcostellolaw.com

*Counsel for Plaintiff John Doe*

</div>

**LOCAL RULE 7.1 CERTIFICATION**

Plaintiff, through his counsel, conferred with counsel for Defendant MIT by email and telephone on November 21, 2023, regarding the relief requested in this motion. Defendant indicated that it neither assents nor objects to the relief requested herein.

**CERTIFICATE OF SERVICE**

I, Anna E. Bullock, hereby certify that on this 21st day of November, 2023, a true and correct copy of the foregoing was filed through the ECF System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served upon anyone indicated as a non-registered participant.

Dated: November 21, 2023

Respectfully submitted,

/s/ Anna E. Bullock
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock *(pro hac vice)*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com; aeb@kjk.com

Ruth O'Meara-Costello (BBO #667566)
LAW OFFICE OF RUTH O'MEARA-COSTELLO
875 Massachusetts Ave. Suite 31
Cambridge, MA 02139
617-652-4264
ruth@ruthcostellolaw.com

*Counsel for Plaintiff John Doe*