IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 1:22-cv-11540-NMG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGE NATHANIEL M. GORTON |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**EMAIL ADDRESS OF PLAINTIFF AND MOTION FOR LEAVE TO FILE ADDITIONAL CONTACT INFORMATION UNDER SEAL**

Plaintiff John Doe has previously moved for his attorneys to withdraw as counsel for the Plaintiff in this case. Since filing the Motion for Leave to Withdraw as Counsel, Plaintiff has created a personal email address to receive communications and notices from this Court. The Plaintiff plans to use [doevmit11540@gmail.com](mailto:doevmit11540@gmail.com) as his contact email for correspondence related to this case. Plaintiff also respectfully moves this Honorable Court for leave to file a document under seal containing his name, mailing address, and phone number.

1

Dated: November 27, 2023                    Respectfully submitted,

*/s/ Anna E. Bullock*
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock *(pro hac vice)*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com; aeb@kjk.com

Ruth O'Meara-Costello (BBO #667566)
LAW OFFICE OF RUTH O'MEARA-COSTELLO
875 Massachusetts Ave. Suite 31
Cambridge, MA 02139
617-652-4264
ruth@ruthcostellolaw.com

*Counsel for Plaintiff John Doe*

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff, through his counsel, conferred with counsel for Defendant MIT by email on November 27, 2023, regarding the relief requested in this motion. Counsel for Defendant indicated that MIT does not oppose the relief requested herein.

## CERTIFICATE OF SERVICE

I, Anna E. Bullock, hereby certify that on this 27th day of November, 2023, a true and correct copy of the foregoing was filed through the ECF System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served upon anyone indicated as a non-registered participant.

Dated: November 27, 2023

Respectfully submitted,

/s/ *Anna E. Bullock*
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock *(pro hac vice)*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com; aeb@kjk.com

Ruth O'Meara-Costello (BBO #667566)
LAW OFFICE OF RUTH O'MEARA-COSTELLO
875 Massachusetts Ave. Suite 31
Cambridge, MA 02139
617-652-4264
ruth@ruthcostellolaw.com

*Counsel for Plaintiff John Doe*