United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 22-11540-NMG |
| Massachusetts Institute of Technology, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM & ORDER**

**GORTON, J.**

On November 21, 2023, counsel for plaintiff John Doe moved for leave to withdraw as counsel (Docket No. 52). This Court reminded plaintiff that if his counsel were to withdraw, this Court would have no way to contact him because he has been permitted to proceed anonymously in this action. This Court accordingly requested plaintiff to file supplemental briefing on how to resolve the issue.

In response, on November 27, 2023, plaintiff filed a motion for leave to file additional contact information under seal (Docket No. 54). Specifically, plaintiff seeks to remain anonymous after providing his name, mailing address and phone number under seal.

The Court will allow both motions. After plaintiff provides his name, mailing address and phone number under seal, he may proceed pro se and pseudonymously before and until trial, subject to the right of defendant, Massachusetts Institute of Technology, to use plaintiff's real name with third parties where necessary for discovery purposes.

Plaintiff is reminded, however, that this Court has previously ruled that, if this matter proceeds to trial, he will not be permitted to remain anonymous (Docket No. 38). That order bears reiteration now that plaintiff plans to proceed pro se.

### ORDER

For the reasons set forth above, counsel's motion for leave to withdraw (Docket No. 52) and plaintiff's motion for leave to file additional contact information under seal (Docket No. 54) are both **ALLOWED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated:  December 4, 2023