IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 1:22-cv-11540-NMG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGE NATHANIEL M. GORTON |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**CONTACT INFORMATION [LEAVE TO FILE UNDER SEAL GRANTED DECEMBER 5, 2023]**

Plaintiff John Doe has received leave from this Honorable Court to file a document under seal containing his name, mailing address, and phone number. The information is as follows:

Name of John Doe: ███████████████

Mailing Address of John Doe: █████████████████████████

Phone Number of John Doe: ██████████

Email Address of John Doe: doevmit11540@gmail.com

1

Dated: December 5, 2023          Respectfully submitted,

/s/ Anna E. Bullock
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock *(pro hac vice)*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com; aeb@kjk.com

Ruth O'Meara-Costello (BBO #667566)
LAW OFFICE OF RUTH O'MEARA-COSTELLO
875 Massachusetts Ave. Suite 31
Cambridge, MA 02139
617-652-4264
ruth@ruthcostellolaw.com

*Counsel for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

I, Anna E. Bullock, hereby certify that on this 5th day of December, 2023, a true and correct copy of the foregoing was filed through the ECF System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served upon anyone indicated as a non-registered participant.

Dated: December 5, 2023

Respectfully submitted,

/s/ Anna E. Bullock
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock *(pro hac vice)*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com; aeb@kjk.com

Ruth O'Meara-Costello (BBO #667566)
LAW OFFICE OF RUTH O'MEARA-COSTELLO
875 Massachusetts Ave. Suite 31
Cambridge, MA 02139
617-652-4264
ruth@ruthcostellolaw.com

*Counsel for Plaintiff John Doe*