UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Doe
_____
Plaintiff(s)

V.

Massachusetts Institute of Technology
_____
Defendant(s)

CIVIL ACTION
NO. 1:22-cv-11540-NMG

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Gorton

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 4/11/24 I held the following ADR proceeding:

☐ SCREENING CONFERENCE ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a  60  day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

4/11/24
_____
DATE

/s/ Maria Simeone
_____
Deputy Clerk

(ADRReportforpdf.wpd - 4/12/2000)