UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,
    Plaintiff,

v.

                                     Civil Action No. 1:22-cv-11540-NMG

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised on April 11, 2024, that the above-entitled action has been settled;

**IT IS ORDERED** that the action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

                                                  By the Court,

Dated: April 11, 2024                     /s/Danielle Kelly
                                                  Deputy Clerk