UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>        Defendant. | Civil Action No. 1:22cv-11540-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in this action be dismissed with prejudice and without costs, with all rights of appeal to be waived.

**JOHN DOE,**

*/s/ John Doe*
_____

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
By their attorneys,

*/s/ Scott A. Roberts*
_____
Scott A. Roberts (BBO# 550732)
sroberts@hrwlawyers.com
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110
(617) 348-4300